In the Matter of ANTWANE CARLISLE, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent.

Submitted August 23, 2004; decided October 14, 2004

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).